# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| RICHARD STEVEN PALMA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:25-cv-00835-RDP-JHE |
| MORGAN COUNTY JAIL, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Plaintiff Richard Steven Palma filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging violations of his civil rights. (Doc. 1). On July 2, 2025, the undersigned denied Mr. Palma's second application to proceed *in forma pauperis* and ordered him to file a new application to proceed *in forma pauperis* within 14 days, along with a certified copy of his jail or prison account statements for the last six months. (Doc. 6). The undersigned informed Mr. Palma that if jail officials refused to certify his application, he must attach an affidavit or unsworn declaration under penalty of perjury identifying the person who refused the certify the records, the date of the refusal, and describing the exact response his received. (Doc. 6 at 1). The undersigned warned Mr. Palma that failure to comply may result in the dismissal of this action without further notice. (Doc. 6 at 1).

More than 14 days elapsed, and Mr. Palma did not comply with or otherwise respond to the order. On July 28, 2025, the undersigned entered a report recommending the court dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) based on Mr. Palma's failure to comply with a court order. (Doc. 7).

On August 7, 2025, the court received Mr. Palma's third application to proceed *in forma pauperis*. (Doc. 8). Accordingly, the undersigned **WITHDRAWS** his report entered July 28,

2025, recommending dismissal of this action based on Mr. Palma's failure to comply with a court order. (Doc. 7).

In his current application to proceed *in forma pauperis*, Mr. Palma states that Officer Evans failed to certify his prison account statements. (Doc. 8 at 3). Mr. Palma's statement is not in affidavit form or made under penalty of perjury. (Doc. 8 at 3). Regardless, Mr. Palma's application to proceed *in forma pauperis* (Doc. 8) is **DENIED**.

Mr. Palma states in his application to proceed *in forma pauperis* under penalty of perjury that he has $14,885.00 in his jail account. (Doc. 8 at 2). Mr. Palma has also attached to his application commissary receipts which indicate Mr. Palma's balance is over $14,000.00. (Doc. 8 at 4–34). Accordingly, the court finds Mr. Palma can afford to pay the $405.00 filing fee for this action, and therefore it is **ORDERED** that the current application to proceed *in forma pauperis* (Doc. 8) is **DENIED**.

If he wishes to continue this action, Mr. Palma is **ORDERED** to forward to the Clerk of Court a check or money order in the amount of $405.00 made payable to the "Clerk, United States District Court" within **30 days.** The check or money order must include Mr. Palma's case number: **"Case No. 5:25-cv-00835-RDP-JHE."** If Mr. Palma does not comply by this deadline, the court may dismiss this action without further notice, and he will not be obligated to pay the $405.00 filing fee.

DONE this 11th day of August, 2025.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE